IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 12, 2007

Charles R. Fulbruge III
Clerk

No. 06-51482
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

ANDRES ALARCON-TAPIA, also known as Andres Alarcon

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:97-CR-269-ALL

Before REAVLEY, BARKSDALE, and GARZA, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Andres Alarcon-Tapia has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Alarcon-Tapia has filed a response. The record is insufficiently developed to allow consideration at this time of Alarcon-Tapia's claims of ineffective assistance of counsel. See United States v. Cantwell, 470 F.3d 1087, 1091 (5th Cir. 2006). Alarcon-Tapia's requests for an evidentiary

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

hearing, for new counsel, for a new trial, and to file a supplemental response to counsel's motion are DENIED. Our independent review of the record, counsel's brief, and Alarcon-Tapia's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.